UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YASKI ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN - IRONWOOD STATE PRISON,<br><br>    Respondent. | **Case No. LA CV 15-01823-VBF-FFM**<br><br>**ORDER**<br><br>Overruling Petitioner's Objections;<br><br>**Adopting Report & Recommendation;**<br><br>**Denying Habeas Corpus Petition;**<br>**Denying Supplemental Habeas Petition;**<br>Dismissing the Action With Prejudice<br><br>Directing Entry of Separate Final Judgment;<br><br>**Terminating and Closing the Action (JS-6)** |

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2254 ("petition") filed March 12, 2015 (CM/ECF Document ("Doc") 1); petitioner's October 20, 2015 "Motion to Augment New Exhausted Ground" (Doc 18), which the Magistrate Judge properly treated as a Supplemental Petition (Doc 19); the respondent warden's answer and accompanying memorandum (Doc 23); the relevant decision(s) of the California state courts; the other state-court "lodged documents" submitted by the respondent in paper form (listed in the Notice of Lodging at Doc 24); petitioner's traverse (Doc 32); the Report and Recommendation ("R&R") issued by United States Magistrate Judge Mumm pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on May 25, 2016 (Doc 34); petitioner's timely objections to the R&R (Doc 37); and the applicable law.

"Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time. Accordingly, the Court proceeds to the merits without waiting further." *Ruelas v. Muniz*, No. SA CV 14-01761, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016). "As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R." *Rael v. Foulk*, No. LA CV 14-02987 Doc. 47, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016). Accordingly, the Court will adopt the Magistrate Judge's conclusions and implement his recommendations.

ORDER

Petitioner's objections are **OVERRULED.**

The Report and Recommendation is **ADOPTED.**

**The petition and supplemental petition for a writ of habeas corpus are DENIED.**

The Court will rule on a certificate of appealability by separate order.

Final judgment will be entered in favor of respondent consistent with this order.

"As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document." *Toy v. Soto*, 2015 WL 2168744, *1 (C.D. Cal. May 5, 2015) (citing *Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013)) (footnote 1 omitted), *appeal filed*, No. 15-55866 (9th Cir. June 5, 2015).

**This action is DISMISSED with prejudice, and the case is TERMINATED (JS-6).**

Dated: Wednesday, August 16, 2016

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
Senior United States District Judge