UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **YASKI ROMERO,** | ) | No. LA CV 15-01823 VBF-FFM |
| **Petitioner,** | ) ) ) | **FINAL JUDGMENT** |
| v. | ) ) | |
| WARDEN, IRONWOOD STATE PRISON, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting Magistrate Judge Mumm's Report and Recommendation, Denying the Habeas Corpus Petition and the Supplemental Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent warden and against petitioner Yaski Romero.**

Dated:  Wednesday, August 16, 2016            *Valerie Baker Fairbank*

                                                    _____
                                                    VALERIE BAKER FAIRBANK
                                                    Senior United States District Judge